IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA WEST PALM BEACH DIVISION

CASE NO. 12-81095-CIV-RYSKAMP/HOPKINS

MELISSA KORMAN,
          Plaintiff,

v.,

PARTY GIRL ENTERPRISES, INC.,

          Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Party's January 24th 2014 settlement agreement, by and through mediation and the Federal Rules of Civil Procedures 41(a)(1), the Parties stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorney fees and expenses predicated on the following stipulation;

1.      Defendant agrees to pay Plaintiff twenty-five-hundred ($2,500.00) in five-hundred ($500.00) increments, for five (5) consecutive months; initial

payment made hand in hand, accepted on the 24th day of January 2014; last payment due on the 24th day of May 2014.

2.Parties agree upon receipt of the fifth (5th) and final payment this matter shall be discharged, forever resolved.

3.Parties further agree this Court shall retain jurisdiction to enforce settlement until final payment is in Plaintiff's hand, but in any event no later than June 30th 2014, unless by Motion to enforce settlement.

4.Payments made are to be address; Melissa Korman, 934 SW 21st Way, Boca Raton Florida 33486.

Respectfully submitted;

By: _____By: _____

CAROLYN SUISSAMELISSA KORMAN

Address _____934 SW 21st Way

City/Zip _____Boca Raton Florida 33486

Tel # _____(954) 695-8077

melissa@melissakorman.com

Counsel for Defendant

Robert B. Resnick, Esquire

BAR # 357189

## CERTIFICATE OF SERVICE

**THE UNDERSIGNED HEREBY CERTIFIES** that a true and correct copy of **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** hereof has been forwarded, via e-mail to robres@bellsouth.net, and by U.S. Mail to Defendant's Counsel, Robert B. Resnick, Esquire, 200 SE 6th Street, Suite 102, Fort Lauderdale Florida 33301, on this 13th day of February 2014.

By: _____
MELISSA KORMAN, Plaintiff,
934 SW 21st Way,
Boca Raton 33486
Florida U.S.A.
(954) 695-8077
Melissa@melissakorman.com