UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 12-CV-81095-RYSKAMP/HOPKINS

MELISSA KORMAN,

    Plaintiff,

v.

PARTY GIRL ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice **[DE 55]** filed on February 20, 2014. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce parties' settlement. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 25 day of February, 2014.

    /s/ Kenneth L. Ryskamp
    KENNETH L. RYSKAMP
    UNITED STATES DISTRICT JUDGE